UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

   vs.

JOSE MANUEL MEDINA-MEDINA (1),

             Defendant.

CASE NO. 12CR0327-GT

JUDGMENT OF DISMISSAL

FILED
FEB 09 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1326 - DEPORTED ALIEN FOUND IN THE UNITED STATES (FELONY)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/9/12

Gordon Thompson, Jr.
U.S. District Judge